1  PENELOPE A. PREOVOLOS (CA SBN 87607)
   PPreovolos@mofo.com
2  CLAUDIA M.VETESI (CA SBN 233485)
   CVetesi@mofo.com
3  LAUREN WROBLEWSKI (CA SBN 291019)
   LWroblewski@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:   415.268.7000
6  Facsimile:    415.268.7522

7  KIMBERLY R. GOSLING (CA SBN 247803)
   KGosling@mofo.com
8  MORRISON & FOERSTER LLP
   12531 High Bluff Drive
9  San Diego, California  92130-2040
   Telephone:   858.720.5100
10 Facsimile:    858.720.5125

11 SEAN GATES (CA SBN 186247)
   SGates@charislex.com
12 CHARIS LEX P.C.
   16 N. Marengo Avenue, Suite 300
13 Pasadena, CA 91101
   Telephone:   626.508.1717
14 Facsimile:    626.508.1730

15 Attorneys for Defendant
   TESLA, INC.
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                             SAN JOSE DIVISION

20 DEAN SHEIKH, JOHN KELNER, TOM              Case No. 5:17-cv-02193-BLF
   MILONE, and DAN WHELAN, on behalf of
21 themselves and all others similarly situated,   **STIPULATION TO EXTEND
                                                    TIME TO RESPOND TO
22            Plaintiffs,                           AMENDED CLASS ACTION
                                                    COMPLAINT**
23      v.

24 TESLA, INC. d/b/a TESLA MOTORS, INC., a
   Delaware corporation,
25
              Defendant.
26

27

28

1  Pursuant to Local Rule 6-1(a), Plaintiffs Dean Sheikh, John Kelner, Tom Milone, and Dan Whelan (collectively "Plaintiffs") and Defendant Tesla, Inc. ("Tesla"), through their undersigned counsel, hereby stipulate as follows:

  WHEREAS, Plaintiffs filed the Class Action Complaint in this action on April 19, 2017, and served Defendant with the Complaint on April 24, 2017;

  WHEREAS, Plaintiffs filed the Amended Class Action Complaint in this action on April 26, 2017, and served Defendant with the Complaint on May 2, 2017;

  WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), Defendant's deadline to respond to the Amended Class Action Complaint is May 16, 2017;

  WHEREAS, the parties have agreed that the deadline for Defendant to respond to the Amended Class Action Complaint shall be extended by 60 days from the date Plaintiffs served the Amended Class Action Complaint, to and including July 3, 2017, to provide Defendant with sufficient time to investigate the allegations and prepare its response.

  THEREFORE, IT IS HEREBY AGREED AND STIPULATED that Defendant's deadline to respond to Plaintiffs' Amended Class Action Complaint shall be extended by 60 days from the date Plaintiffs served the Amended Class Action Complaint, to and including July 3, 2017.

1

Dated: May 11, 2017                         MORRISON & FOERSTER LLP

2

3

                                            By:      /s/ *Penelope A. Preovolos*
4                                                   Penelope A. Preovolos

5                                           Attorneys for Defendant
                                            TESLA, INC.
6

7  Dated: May 11, 2017                      HAGENS BERMAN SOBOL SHAPIRO LLP

8

9                                           By:      /s/ *Steve Berman*
                                                    Steve Berman
10
                                            Attorneys for Plaintiffs
11

12

13                              **ECF ATTESTATION**

14

15      I, Penny A. Preovolos, am the ECF User whose ID and password are being used to file the

16  foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED CLASS**

17  **ACTION COMPLAINT**.  In compliance with Local Rule 5-1, I hereby attest that Steve Berman

18  has concurred in this filing.

19      Dated: May 11, 2017

20                                          MORRISON & FOERSTER LLP

21                                          By: /s/ *Penelope A. Preovolos*
                                                Penelope A. Preovolos
22                                              PPreovolos@mofo.com

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED CLASS ACTION COMPLAINT
CASE NO. 5:17-cv-02193-BLF
sf-3767470                                                                                    2