PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
CLAUDIA M.VETESI (CA SBN 233485)
CVetesi@mofo.com
LAUREN WROBLEWSKI (CA SBN 291019)
LWroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:   415.268.7000
Facsimile:    415.268.7522

SEAN GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
16 N. Marengo Avenue, Suite 300
Pasadena, CA 91101
Telephone:   626.508.1717
Facsimile:    626.508.1730

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN SHEIKH, JOHN KELNER, TOM MILONE, DAURY LAMARCHE, DAN WHELAN, and MICHAEL VERDOLIN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation,<br><br>                    Defendant. | Case No. 5:17-cv-02193-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY OF CASE PENDING MEDIATION** |

Plaintiffs Dean Sheikh, John Kelner, Tom Milone, Daury Lamarche, Dan Whelan, and Michael Verdolin (collectively "Plaintiffs") and Defendant Tesla, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS the parties had a mediation session on November 2, 2017;

WHEREAS in order to give the parties additional time to complete their discussions, the parties agreed to stay the case until December 20, 2017, and stipulated that Defendant's deadline to respond to Plaintiffs' Second Amended Complaint be extended to January 19, 2018;

WHEREAS on November 14, 2017, the Court entered the parties' proposed order pursuant to stipulation;

WHEREAS the parties required additional time to complete their discussions, and agreed and stipulated to report to the Court with an update on February 15, 2018, and requested that the Court stay this matter until that time; the parties further agreed and stipulated that Defendant's deadline to respond to Plaintiffs' Second Amended Complaint be extended to March 15, 2018;

WHEREAS on December 20, 2017, the Court entered the parties' proposed order pursuant to stipulation;

WHEREAS the parties required additional time to complete their discussions, and agreed and stipulated (i) to a telephonic conference with the Court; and (ii) to report to the Court with an update on April 12, 2018, and requested that the Court stay this matter until that time; the parties further agreed that Defendant's deadline to respond to Plaintiffs' Second Amended Complaint be extended to May 18, 2018;

WHEREAS on February 15, 2018, the Court entered the parties' proposed order pursuant to stipulation;

WHEREAS on March 22, 2018, the Court held a telephonic conference with the parties and discussed a further stay of this matter pending the parties' discussions;

WHEREAS the parties require additional time to complete their discussions, and agree and stipulate to report to the Court with an update on May 24, 2018, and request that the Court stay this matter until that time; the parties further agree that Defendant's deadline to respond to Plaintiffs' Second Amended Complaint be extended to June 28, 2018;

THEREFORE, subject to the approval of the Court, the parties agree and stipulate as follows: The parties will report to the Court with a further update on May 24, 2018. This matter shall continue to be stayed until that time. Defendant's deadline to respond to Plaintiffs' Second Amended Complaint shall be June 28, 2018.

IT IS SO STIPULATED.

Dated: April 10, 2018    MORRISON & FOERSTER LLP

By: */s/ Penelope A. Preovolos*
Penelope A. Preovolos

Attorneys for Defendant
TESLA, INC.

Dated: April 10, 2018    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (SBN 202724)

Attorneys for Plaintiffs

# ECF ATTESTATION

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file the foregoing **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY OF CASE PENDING MEDIATION**.  In compliance with Local Rule 5-1, I hereby attest that Thomas E. Loeser has concurred in this filing.

Dated: April 10, 2018

                                    MORRISON & FOERSTER LLP

                                    By:  */s/ Penelope A. Preovolos*
                                          Penelope A. Preovolos
                                          PPreovolos@mofo.com

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Court clerk will

3  contact the parties to schedule an off the record telephonic status conference.  The parties will

4  then report to the Court with an update on May 24, 2018.  This matter shall continue to be stayed

5  until that time.  Defendant's deadline to respond to Plaintiffs' Second Amended Complaint shall

6  be June 28, 2018.

7

8  Dated: _____, 2018                              _____

9                                                                                  The Hon. Beth Labson Freeman
                                                                                    United States District Judge