| | |
|---|---|
| 1 | Steve W. Berman (*pro hac vice*) |
|   | Thomas E. Loeser (SBN 202724) |
| 2 | Robert F. Lopez (*pro hac vice*) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 1918 Eighth Avenue, Suite 3300 |
|   | Seattle, WA 98101 |
| 4 | Telephone: (206) 623-7292 |
|   | Facsimile: (206) 623-0594 |
| 5 | steve@hbsslaw.com |
|   | toml@hbsslaw.com |
| 6 | robl@hbsslaw.com |
| 7 | Shana E. Scarlett (SBN 217895) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 8 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA 94710 |
| 9 | Telephone: (510) 725-3000 |
|   | Facsimile: (510) 725-3001 |
| 10 | shanas@hbsslaw.com |
| 11 | *Attorneys for Plaintiffs and the Proposed Classes* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN SHEIKH, JOHN KELNER, TOM MILONE, DAURY LAMARCHE, DAN WHELAN, and MICHAEL VERDOLIN, on behalf of themselves and all others similarly situated, | No. 5:17-cv-02193-BLF |
|   | **PLAINTIFF DAN WHELAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Plaintiffs, | |
| v. | |
| TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, | |
| Defendant. | |

010681-11 1028909 V1

1   TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE THAT plaintiff Dan Whelan hereby voluntarily dismisses his claims against defendant Tesla, Inc., d/b/a Tesla Motors, Inc., without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Tesla has neither filed an answer, nor moved for summary judgment, and a class has not yet been certified.  Therefore, Mr. Whelan's claims may be dismissed without prejudice and without a court order.  This notice of voluntary dismissal and withdrawal is made without prejudice to Mr. Whelan's rights as an absent class member, and it does not affect the pending claims of any other plaintiffs.

Dated:  April 24, 2018         HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (SBN 202724)
Robert F. Lopez, (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
Email: toml@hbsslaw.com
Email: robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 202
Berkeley, California  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
Email: shanas@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

PLAINTIFF DAN WHELAN'S NOTICE OF VOLUNTARY DISMISSAL  - 1
Case No.: 5:17-cv-02193-BLF

010681-11 1028909 V1