PENELOPE A. PREOVOLOS (CA SBN 87607)
PPreovolos@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LAUREN WROBLEWSKI (CA SBN 291019)
LWroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SEAN GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
16 N. Marengo Avenue, Suite 300
Pasadena, CA 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Defendant
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN SHEIKH, JOHN KELNER, TOM MILONE, DAURY LAMARCHE, DAN WHELAN, and MICHAEL VERDOLIN, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation,<br><br>            Defendant. | Case No. 5:17-cv-02193-BLF<br><br>**NOTICE OF APPEARANCE** |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS
2  OF RECORD:

3  PLEASE TAKE NOTICE that attorney Sean P. Gates of the law firm Charis Lex P.C., 16
4  N. Marengo Ave., Suite 300, Pasadena, CA 91101, telephone (626) 508-1717, email addresses
5  sgates@charislex.com, hereby enters his appearance as additional counsel of record for Tesla,
6  Inc. in the above-captioned matter.

7  Tesla, Inc. hereby requests that all further pleadings, notices, documents, or other papers
8  herein be provided to and served upon counsel at the addresses set forth above.

10  Dated:  May 24, 2018                        CHARIS LEX P.C.

12                                              By:      */s/ Sean P. Gates*
                                                         Sean P. Gates

                                                Attorneys for Defendant
14                                              TESLA, INC.