| | |
|---|---|
| Steve W. Berman (*pro hac vice*) <br> Thomas E. Loeser (SBN 202724) <br> Robert F. Lopez (*pro hac vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1918 Eighth Avenue, Suite 3300 <br> Seattle, WA 98101 <br> Telephone: (206) 623-7292 <br> Facsimile: (206) 623-0594 <br> steve@hbsslaw.com <br> toml@hbsslaw.com <br> robl@hbsslaw.com <br><br> *Attorneys for Plaintiffs* | Penelope A. Preovolos (CA SBN 87607) <br> Claudia M. Vetesi (CA SBN 233485) <br> Lauren Wroblewski (CA SBN 291019) <br> LWroblewski@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street San Francisco, California 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br> PPreovolos@mofo.com <br> CVetesi@mofo.com <br><br> Sean Gates (CA SBN 186247) <br> CHARIS LEX P.C. <br> 16 N. Marengo Avenue, Suite 300 <br> Pasadena, CA 91101 <br> Telephone: 626.508.1717 <br> Facsimile: 626.508.1730 <br> SGates@charislex.com <br><br> *Attorneys for Defendant Tesla, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN SHEIKH, JOHN KELNER, TOM MILONE, DAURY LAMARCHE, DAN WHELAN, and MICHAEL VERDOLIN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 5:17-cv-02193-BLF <br><br> **JOINT STATUS REPORT** |

010681-11 1035038 V1

1  On April 10, 2018, the parties filed their Stipulation and Proposed Order to Continue Stay of Case Pending Mediation. (Dkt. No. 37.) That same day, the Court signed and entered the sub-joined (proposed) order. (*Id.*)

The order requires the parties to "report to the Court with an update on May 24, 2018." (*Id.*) It also provides that the matter "shall continue to be stayed until that time." (*Id.*)

The parties have reached a proposed class settlement in this matter. Plaintiffs are prepared to file their motion for preliminary approval as soon as the Court is able to provide them with a hearing date as separately requested.

The parties are today separately filing a stipulation and proposed order to continue the stay in this matter pending completion of the settlement-approval process.

DATED: May 24, 2018                HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman (*pro hac vice*)
Thomas E. Loeser (SBN 202724)
Robert F. Lopez (*pro hac vice*)

*Attorneys for Plaintiffs*

DATED: May 24, 2018                MORRISON & FOERSTER LLP

By: */s/ Penelope A. Preovolos*
Penelope A. Preovolos

*Attorneys for Defendant
Tesla, Inc.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Steve W. Berman, am the ECF User whose identification and password are being used to file this Joint Status Report. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: May 24, 2018                                        By: s/ Steve W. Berman
                                                                                    Steve W. Berman