1  Steve W. Berman (*pro hac vice*)
   Thomas E. Loeser (SBN 202724)
2  Robert F. Lopez (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
4  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
5  steve@hbsslaw.com
   toml@hbsslaw.com
6  robl@hbsslaw.com

   *Attorneys for Plaintiffs*

Penelope A. Preovolos (CA SBN 87607)
PPreovolos@mofo.com
Claudia M.Vetesi (CA SBN 233485)
CVetesi@mofo.com
Lauren Wroblewski (CA SBN 291019)
LWroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Sean Gates (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
16 N. Marengo Avenue, Suite 300
Pasadena, CA 91101
Telephone:    626.508.1717
Facsimile:    626.508.1730

*Attorneys for Defendant*
TESLA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN SHEIKH, JOHN KELNER, TOM MILONE, DAURY LAMARCHE, DAN WHELAN, and MICHAEL VERDOLIN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESLA, INC. d/b/a TESLA MOTORS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 5:17-cv-02193-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME**<br><br>AS MODIFIED BY THE COURT |

1    Pursuant to Local Rule 6-2, Plaintiffs Dean Sheikh, John Kelner, Tom Milone, Daury

2    Lamarche, and Michael Verdolin (collectively "Plaintiffs") and Defendant Tesla, Inc.

3    ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

4    WHEREAS the parties have reached a proposed class settlement in this matter.

5    WHEREAS Plaintiffs filed a Motion for Preliminary Approval of Settlement on May 25,

6    2018 and set the hearing on the motion for the earliest available date on the Court's regular

7    motion calendar, October 25, 2018.

8    WHEREAS good cause exists to shorten the time for the hearing on the Motion for

9    Preliminary Approval. An expeditious determination of the Motion is in the interests of the class

10   members. The current five-month period from the motion filing to the hearing date will delay

11   their ability to evaluate the settlement, as the provision of notice of the settlement to the class

12   must await preliminary approval. It will also delay their potential receipt of cash payments; the

13   proposed class settlement provides a non-reversionary settlement fund, and, if approved, all

14   settlement class members will be sent a check for their portion of the settlement fund. Further, an

15   extended time period prior the hearing (and even the normal 35-day period for noticed motions) is

16   not necessary. The Motion is unopposed. The parties do not intend to file further briefing. The

17   interests of the parties and the class members are thus enhanced by not delaying the determination

18   of whether the proposed settlement is sufficiently fair, reasonable, and adequate such that notice

19   may be given to the class.

20   WHEREAS the prior modifications of time in the case were to extend the time for

21   Defendant to respond to the Second Amended Complaint, ECF 22, and for the purpose of

22   allowing the parties to complete a mediation and their discussions following the mediation, ECF

23   27, 29, 31, 33, 37.

24   WHEREAS shortening time for the hearing on Plaintiffs' Motion for Preliminary

25   Approval will expedite the case schedule.

26   THEREFORE, subject to the approval of the Court, the parties agree and stipulate that the

27   hearing on Plaintiffs' Motion for Preliminary Approval of Settlement be heard on any of the

28

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME
CASE NO. 5:17-CV-02193-BLF                                                          1

1    following dates: June 7-8, 18-22, 28-29, July 2-3, 9-13, 16-20, 23-27, or as soon as the Court is

2    available thereafter.

3

4            IT IS SO STIPULATED.

5

6    Dated:  June 1, 2018                          HAGENS BERMAN SOBOL SHAPIRO LLP

7

8                                                   By:      /s/ Steve W. Berman
                                                           Steve W. Berman (*pro hac vice*)
9                                                          Thomas E. Loeser (SBN 202724)

10                                                         Attorneys for Plaintiffs

11   Dated:  June 1, 2018                          CHARIS LEX P.C.

12

13                                                  By:      /s/ Sean P. Gates
                                                           Sean P. Gates
14
                                                           Attorneys for Defendant
15                                                         TESLA, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ECF ATTESTATION**

2

3        I, Sean Gates, am the ECF User whose ID and password are being used to file the

4    foregoing **STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME**.  In

5    compliance with Local Rule 5-1, I hereby attest that Steve Berman has concurred in this filing.

6        Dated: June 1, 2018

7                                                By: _/s/ Sean P. Gates_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the hearing on Plaintiffs'

Motion for Preliminary Approval of Settlement, previously set for October 25, 2018 at 1:30 p.m.,

shall be heard on _____June 7, 2018_____ at __9:00 A.M.__

Dated: _____June 1_____, 2018

The Hon. Beth Labson Freeman
United States District Judge