UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEAN SHEIKH, et al., | Case No. 5:17-cv-02193-BLF |
| Plaintiffs | |
| v. | [~~PROPOSED~~] FINAL JUDGMENT |
| TESLA, INC. d/b/a TESLA MOTORS, INC., | |
| Defendant. | |

# [PROPOSED] FINAL JUDGMENT

For the reasons set forth in this Court's Final Approval Order, in the above-captioned matter as to the following class of persons:

> All U.S. residents who purchased Enhanced Autopilot in connection with their purchase or lease of a Tesla Hardware 2 Model S or Model X vehicle delivered to them on or before September 30, 2017.

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58, as to the above-specified classes of persons, Plaintiffs Dean Sheikh, John Kelner, Tom Milone, Daury Lamarche and Michael Verdolin ("Plaintiffs"), and Defendant Tesla, Inc. ("Tesla") on the terms and conditions of the Settlement Agreement and Release (the "Settlement Agreement") approved by the Court's Final Approval Order, dated [date]. November 2, 2018

1. The Court, for purposes of this Final Judgment, adopts the terms and definitions set forth in the Settlement Agreement incorporated into the Final Approval Order.

2. All Released Claims of the Releasing Parties are hereby released as against Tesla and the Released Parties, as defined in the Settlement Agreement.

3. The claims of Plaintiffs and the Settlement Class are dismissed on the merits and with prejudice in accordance with the Court's Final Approval Order.

4. The Parties shall bear their own costs and attorneys' fees, except as otherwise set forth in the Final Approval Order.

5. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

6. The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs, the Settlement Class, and Tesla. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

**IT IS SO ORDERED.**

**JUDGMENT ENTERED** this November 2, 2018.

*/s/ Beth Labson Freeman*
Honorable Beth Labson Freeman
United States District Judge